**No. 42595.**—Protests 770249–G, etc., of S. S. Kresge Co. et al. (Baltimore, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42596.**—Protests 889339–G, etc., of Iwata Trading Co., Inc., et al. (San Francisco and Seattle).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42597.**—Protests 983969–G, etc., of Dartmouth Co-Operative Society, Inc., et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, OCTOBER 30, 1939

**No. 42598.**—Protest 637696–G of Kurtz Bros. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protest was sustained.

**No. 42599.**—Protests 760706–G, etc., of Acierno Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 41794 and 42146 the protests were sustained.

**No. 42600.**—Protests 798522–G, etc., of Borden Sales Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 41794 and 42146 the protests were sustained.

**No. 42601.**—Protests 829014–G, etc., of Armour & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 41794 and 42146 the protests were sustained.

**No. 42602.**—Protests 824263–G, etc., of B. Chesman & Son, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 41794 and 42146 the protests were sustained.